

FILED

JAN 13 2010

CLERK, U.S. DISTRICT COURT
NORFOLK. VA

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)**

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, )
)
)
)
Plaintiff, )
)
v. )   Civil Action No. 2:10cv32
)
L. M. SANDLER & SONS, INC., STEVEN B. )
SANDLER, and ARTHUR B. SANDLER, )
)
Defendants. )
)

## PLAINTIFF'S RULE 7.1 FINANCIAL DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification of counsel, the undersigned counsel for Plaintiff Travelers Casualty and Surety Company of America in the above captioned action, certifies the following:

Plaintiff Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

DATED:      January 8, 2010.

Respectfully submitted,

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

Carter B. Reid
VA Bar No. 27192
Scott P. Fitzsimmons
VA Bar No. 68147
Sarah K. Simmons, of Counsel
VA Bar No. 79059
Attorneys for Plaintiff Travelers Casualty and Surety
Company of America
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
creid@wthf.com
sfitzsim@wthf.com
ssimmons@wthf.com

2