IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

TRAVELERS    CASUALTY    AND
SURETY COMPANY OF AMERICA,

      Plaintiff

                                           CIVIL NO. 2:10cv32

      v.

L.M. SANDLER & SONS, INC.,
and
ARTHUR B. SANDLER
and
STEVEN B. SANDLER

      Defendants

## ORDER

This matter comes before the Court upon the Joint Status Report filed by the parties to this case on October 24, 2014. ECF No. 75.

This matter was originally set for hearing on March 25, 2010. On March 24, 2010, the Court stayed all proceedings until June 17, 2010. The Court has since granted twelve additional requests to stay the proceedings.[1] On October 24, 2014, pursuant to this Court's Order dated April 29, 2014, see Order, ECF No. 74, the parties filed a Joint Status Report indicating that they are continuing to make significant progress in resolving their differences, specifically that "three Bonds have been released since" the April 29 status report was filed, see Joint Status Report, ECF No. 75. The parties have requested an additional stay of the proceedings until April 30, 2015, so that they may continue to work together to resolve their disputes without

---

[1] The Court also granted stays on June 15, 2010; September 16, 2010; November 16, 2010; January 11, 2011; April 15, 2011; August 30, 2011; March 14, 2012; April 30, 2012; November 9, 2012; April 30, 2013; October 25, 2013; and April 29, 2014.

1

judicial involvement. Joint Status Report, ECF No. 75.

For good cause shown and in the interests of justice, the Court **GRANTS** a stay of proceedings until April 30, 2015. The parties are **DIRECTED** to file a status update with the Court on or before April 30, 2015. The Clerk is **DIRECTED** to transmit a copy of this Order to all Counsel of Record.

        **IT IS SO ORDERED.**

                                        /s/
                                        Robert G. Doumar
                                        Senior United States District Judge

                                        _____
                                        UNITED STATES DISTRICT JUDGE

Norfolk, VA
October 30, 2014

2