**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

|  |  |  |
|---|---|---|
| | ) | |
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No. 2:10cv32 (RGD/FBS) |
| v. | ) ) | |
| | ) | |
| L. M. SANDLER & SONS, INC., STEVEN B. SANDLER, and ARTHUR B. SANDLER, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Travelers Casualty and Surety Company of America, and Defendants, L.M. Sandler & Sons, Inc., Arthur B. Sandler, and Steven B. Sandler, file this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties have resolved all disputes and controversies existing between them. Therefore, consistent with the terms of a written settlement agreement, the parties dismiss without prejudice all claims in the above-entitled cause of action. Plaintiff and Defendants agree that they will not make an application for attorneys' fees and costs.

Respectfully submitted,

Dated: April 30, 2015

By: _____/s/_____
Carter B. Reid (VSB # 27192)
Watt, Tieder, Hoffar
& Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA  22102
(703) 749-1000 (telephone)

(703) 893-8029 (facsimile)
creid@watttieder.com

Dated: April 30, 2015                    By: _____/s/_____
                                         Sarah K. Simmons (VSB # 46389)
                                         Watt, Tieder, Hoffar
                                         & Fitzgerald, L.L.P.
                                         8405 Greensboro Drive, Suite 100
                                         McLean, VA  22102
                                         (703) 749-1000 (telephone)
                                         (703) 893-8029 (facsimile)
                                         ssimmons@watttieder.com

Dated: April 30, 2015                    By: _____/s/_____
                                         Scott P. Fitzsimmons (VSB # 68147)
                                         Watt, Tieder, Hoffar
                                         & Fitzgerald, L.L.P.
                                         8405 Greensboro Drive, Suite 100
                                         McLean, VA  22102
                                         (703) 749-1000 (telephone)
                                         (703) 893-8029 (facsimile)
                                         sfitzsimmons@watttieder.com

                                         **ATTORNEYS FOR PLAINTIFF**

Dated: April 30, 2015                    By: _____/s/_____
                                         William Lane Nuckols (VSB # 35993)
                                         Faggert & Frieden PC
                                         222 Central Park Ave., Suite 1300
                                         Virginia Beach, VA 23462-2840
                                         (757) 424-3232
                                         wlnuckols@fflaw.com

Dated: April 30, 2015                    By: _____/s/_____
                                         Alan Maurice Frieden (VSB # 13269)
                                         Faggert & Frieden PC
                                         222 Central Park Ave., Suite 1300
                                         Virginia Beach, VA 23462-2840
                                         (757) 424-3232
                                         afrieden@fflaw.com

                                         **ATTORNEYS FOR DEFENDANTS**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2015, the foregoing Joint Stipulation of Dismissal was served by the Court's Notice of Electronic Filing System to the following parties in the above-captioned proceeding:

William Lane Nuckols
Alan Maurice Frieden
Faggert & Frieden PC
222 Central Park Ave., Suite 1300
Virginia Beach, Virginia 23462
(757) 424-3232 (telephone)
(757) 424-0102 (facsimile)
wlnuckols@fflaw.com
afrieden@fflaw.com
*Attorneys for Defendants*

_____/s/_____
Sarah K. Simmons (VSB No. 79059)
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 (telephone)
(703) 893-8029 (facsimile)
ssimmons@wthf.com
*Attorneys for Plaintiff*
